UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **MALIKIA SWAN ET AL.** | **CASE NO. 3:22-CV-03101** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JAY RUSSELL ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 12] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion to Amend their complaint and voluntarily dismiss their federal claims[1] [Doc. No. 9] is **GRANTED IN PART** and **DENIED IN PART**. To the extent that Plaintiffs move to remand, the Motion is **GRANTED**, and this matter is hereby **REMANDED** to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana. The pending motions to dismiss will be carried with the case.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that to the extent that Plaintiffs' request attorney's fees and costs, the Motion is **DENIED**.

MONROE, LOUISIANA, this 7th day of November 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff's request for punitive damages and attorney's fees are claims arising under federal law. All other claims arise under state law.